IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )         8:04CR262
                                )
      v.                        )
                                )
BRANDY K. BRENTON,              )         ORDER
                                )
            Defendant.          )
_____)
```

Pursuant to the memorandum opinion entered herein this date,

IT IS ORDERED:

1) Defendant's motion under 28 U.S.C. § 2255, affixed to her motion for disqualification (Filing No. 145), is denied.

2) Defendant's motion for hearing and appointment of counsel (Filing No. 146), and for the Court to take judicial notice of non-waiver via affidavit of attorney-client privilege (Filing No. 147) are denied as moot.

DATED this 5th day of February, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
    LYLE E. STROM, Senior Judge
    United States District Court