IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:04CR262
                               )
       v.                      )
                               )
BRANDY K. BRENTON,             )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion for extension of time to file a response to the answer of the United States to her § 2255 motion (Filing No. 162). The Court finds said motion should be granted. Accordingly,

IT IS ORDERED that the motion is granted; defendant shall have until November 5, 2008, to file a response to the government's answer.

DATED this 10th day of October, 2008.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court