IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:04CR262 |
| | ) | |
| v. | ) | |
| | ) | |
| BRANDY K. BRENTON, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on defendant's motion to strike the government's answer to defendant's motion under 28 U.S.C. § 2255 (Filing No. 166).  The Court finds the motion should be denied.  Accordingly,

IT IS ORDERED that defendant's motion to strike the government's answer is denied.

DATED this 1st day of April, 2009.

BY THE COURT:

/s/ Lyle E. Strom

_____
    LYLE E. STROM, Senior Judge
    United States District Court