IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
          Plaintiff,           )         8:04CR262
                               )
     v.                        )
                               )
BRANDY K. BRENTON,             )         ORDER
                               )
          Defendant.           )
_____)
```

This matter is before the Court on defendant's notice of appeal (Filing No. 174).  The Court has reviewed its memorandum opinion (Filing No. 169) and order and judgment (Filing No. 170), and will not issue a certificate of appealability.  Accordingly,

IT IS ORDERED that no certificate of appealability will issue.

DATED this 9th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court