PROB. 35            Report and Order Terminating Probation/Supervised
(Rev. 7/04)            Release Prior to Original Expiration Date

FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

13 FEB 13 PM 3:48

OFFICE OF THE CLERK

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

    v.            **Docket # 8:04CR262**

**Brandy K. Brenton**

---

On July 27, 2005, Ms. Brenton was sentenced to 63 months custody on Counts I and II which were grouped pursuant to U.S.S.G. § 3D1.2(d), to be followed by 4 years supervised release on Counts I and II to be served concurrent. The period of supervised release commenced September 4, 2009. Ms. Brenton has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Ms. Brenton be discharged from supervision.

Respectfully submitted,

*Michael R. Norton*
Michael R. Norton
Supervising U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this **13th** day of **February**, 2013.

The Honorable Laurie Smith Camp
Chief United States District Judge